14-15-00901-CR

ACCEPTED
00000
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 10:14:59 AM
CHRISTOPHER PRINE
CLERK

**IN THE
FOURTEENTH COURT OF APPEALS
OF TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TX
*October 16, 2015*
CHRISTOPHER A. PRINE,
CLERK

| | | |
|---|---|---|
| **JESUS GONZALES** | § | CASE NO. _____ |
| | § | |
| | § | |
| **VS.** | § | On Appeal From Harris County |
| | § | Cause No. 1351489 |
| | § | 184th District Court |
| **THE STATE OF TEXAS** | § | |

**APPELLANT'S MOTION
TO EXTEND TIME TO FILE NOTICE OF APPEAL**

Appellant, Jesus Gonzales, moves for an extension of time to file notice of appeal, under TEX. R. APP. P. 10.5(b) and TEX. R. APP. P. 26.3.

## I. TRIAL COURT PROCEEDINGS

On September 1, 2015, Mr. Gonzales was sentenced to 15 years in prison after the court granted a motion to adjudicate guilt. On October 5, 2015, while in custody, he mailed a request for a lawyer to be appointed for an appeal. Counsel was appointed on October 15, 2015.

## II. PROCEEDINGS IN THIS COURT

The notice of appeal was due October 1, 2015. Mr. Gonzales' retained counsel did not file a notice of appeal, however, and apparently did not notify him that he did not file it. Appellate counsel is filing this motion within the 15 days permitted by Rule 26.3, on the grounds that Mr. Gonzales had no way to know that his trial counsel did not file a notice of appeal on his behalf or to know that a notice needed to be filed at

all. Counsel is filing motion this within a day of being appointed, in order to preserve Mr. Gonzales' right to an appeal, if he has such right. Because the court's file already had been sent to storage, counsel could not determine before the deadline whether or not Mr. Gonzales has a right to appeal. The clerk has requested the file, but counsel cannot wait to review it before filing this motion, because today is the last day for filing the notice of appeal.

III.

In the exercise of due diligence, counsel was unable to file a timely notice of appeal because she was appointed after the deadline for filing it. This motion is not filed for purposes of delay, but so that justice may be done.

PRAYER

Appellant respectfully requests that this motion be granted and that the Court permit an extension of time until October 16, 2015 to file a notice of appeal.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Cheri Duncan

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002

2

(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant,
**JESUS GONZALES**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Notice of Appeal was served electronically on the Appellate Division of the Harris County District Attorney's Office, 1201 Franklin St, 6th Floor, Houston, TX on October 16, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**